UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANTHONY BISESI

v.  CA 06-451ML

MICHAEL J. ASTRUE
Commissioner of Social Security

## ORDER

This matter is before the Court on Plaintiff's objections to the Report and Recommendation issued by Magistrate Judge Almond on April 30, 2007. This Court has considered Plaintiff's objections and the findings of fact and conclusions of law set forth by the magistrate judge in his Report and Recommendation. The Court finds Plaintiff's objections to be without merit. Further, the Court finds that the factual determination of the magistrate judge are supported by the record and his legal conclusions are consistent with statutory and relevant case law.

Accordingly, the Report and Recommendation is adopted in its entirety. The Commissioner's Motion for an Order Affirming the Decision of the Commissioner is GRANTED. Plaintiff's Motion for Judgment Reversing Decision is DENIED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
May /4 , 2007